B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–09040**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Ewa G Panek
  1616 W Stone
  Addison, IL 60101

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4187

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                       FOR THE COURT

Dated: <u>August 16, 2011</u>                            <u>Kenneth S. Gardner, Clerk</u>
                                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Ewa G Panek  
    Debtor

Case No. 11-09040-JHS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 2     Date Rcvd: Aug 16, 2011  
                       Form ID: b18     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2011.

```
db         +Ewa G Panek,    1616 W Stone,    Addison, IL 60101-1826
aty        +David H Cutler,    Cutler & Associates, Ltd.,     8430 Gross Point Rd, Ste 201,
             Skokie, IL 60077-2000
tr         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
16913450   +AWA Collect,    P.O. Box 6605,    Orange, CA 92863-6605
16913452   +BSI Financial,    314 S Franklin St,    PO Box 517,    Titusville, PA 16354-0517
16913455   +Chase,    PO Box 9001020,    Louisville, KY 40290-1020
17470406   +Chase,    P O Box 17054,    Wilmington, DE 19850-7054
16913457   +Chase Bank USA,    c/o Michael Fine, Esq,    131 S Dearborn Street, Floor 5,
             Chicago, IL 60603-5571
17470407   +Chase MTG,    10790 Rancho Brena,    San Diego, CA 92127-5705
16913458   +Chld-CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
16913460   +Citibank Sears,    PO Box 740281,    Houston, TX 77274-0281
16913462    Febfrys,    28 W 10200, Ste 200,    Sandy, UT 84070
16913465   +Gemb/Lt,    PO Box 981400,    El Paso, TX 79998-1400
17470410    HSBC/Carsn,    P O Box,    Wilmington, DE 19805
16913466   +Harris Bank,    111 W Monroe Street,    Chicago, IL 60603-4095
16913467   +Home Depot Citibank USA,    7322 SW Freeway, Ste 1600,    Houston, TX 77074-2053
16913472   +Robert Sawina,    9209 Bumblebee Rd, 1D,    Des Plaines, IL 60016-4261
17470412   +SRG (Seconf for Chase),    Vantium Capital Inc,    P O Box 202646,    Dallas, TX 75320-2646
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16913449   +EDI: ATTWIREBK.COM Aug 17 2011 05:08:00      AT&T,    PO Box 8100,    Aurora, IL 60507-8100
16913451   +EDI: BANKAMER.COM Aug 17 2011 05:08:00      Bank of America,    PO Box 26078,
             Greensboro, NC 27420-6078
16913453    EDI: CAPITALONE.COM Aug 17 2011 05:08:00      Capital One Bank,    PO Box 85520,
             Richmond, VA 23285
16913454   +EDI: CHASE.COM Aug 17 2011 05:08:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
16913456   +EDI: CHASE.COM Aug 17 2011 05:08:00      Chase - Toys r us,    PO Box 15298,
             Wilmington, DE 19850-5298
16913459   +EDI: CITICORP.COM Aug 17 2011 05:08:00      Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
16913461   +EDI: TSYS2.COM Aug 17 2011 05:08:00      DSNB - Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
16913463   +EDI: CHASE.COM Aug 17 2011 05:08:00      First USA Bank,    1001 Jefferson Plaza,
             Wilmington, DE 19801-1447
16913464   +EDI: RMSC.COM Aug 17 2011 05:08:00      GEMB - Gap,    PO Box 981400,    El Paso, TX 79998-1400
17470408   +EDI: RMSC.COM Aug 17 2011 05:08:00      GEMB L & T,    P O Box 981432,    El Paso, TX 79998-1432
17470409   +EDI: HFC.COM Aug 17 2011 05:08:00      HSB/RS,    P O Box 15521,    Wilmington, DE 19850-5521
16913468   +EDI: HFC.COM Aug 17 2011 05:08:00      HSBC Bank - Menards,    90 Christiana Rd,
             New Castle, DE 19720-3118
16913469   +EDI: HFC.COM Aug 17 2011 05:08:00      HSBC Bank/RS,    90 Christiana Rd,
             New Castle, DE 19720-3118
16913470   +EDI: CBSKOHLS.COM Aug 17 2011 05:03:00      Kohls,    N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
16913471   +EDI: LTDFINANCIAL.COM Aug 17 2011 05:08:00      LTD Financial Services LP,
             7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2053
16913473   +EDI: SEARS.COM Aug 17 2011 05:08:00      Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
17470411   +EDI: SEARS.COM Aug 17 2011 05:08:00      Sears CBCD,    701 E 60th St N P O Box 6241,
             Souix Falls, SD 57117-6241
16913474   +EDI: WTRRNBANK.COM Aug 17 2011 05:08:00      Target National Bank,    PO Box 673,
             Minneapolis, MN 55440-0673
17470413   +EDI: TSYS2.COM Aug 17 2011 05:08:00      VISDSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
17470414   +EDI: WFNNB.COM Aug 17 2011 05:08:00      WFNNB/Ann Taylor,    P O Box 182273,
             Columbus, OH 43218-2273
                                                                                              TOTAL: 20
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: nmolina              Page 2 of 2                Date Rcvd: Aug 16, 2011
                               Form ID: b18               Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**                         **Signature:**       /s/ Joseph Speetjens